UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No: SA CV 20-00688-DOC (DFMx)          Date: July 10, 2020

Title: GULERANA GHORI V FOOD AND DRUG ADMINISTRATION, ET AL

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On July 1, 2020 the Court issued an Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution ("Order") (Dkt. 11). The deadline to respond to the Order was July 9, 2020. No response was filed.

Accordingly, the Court ORDERS that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                          Initials of Deputy Clerk: kd